# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**

DEC 08 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

JOSHUA SHANE DUFFY
*Defendant*

) 
) Case No. 1:16-cr-257-WTL-TAB
) 
) 
) 
) 

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSHUA SHANE DUFFY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a).
Count 2: Coercion or enticement of a minor, in violation of 18 U.S.C. § 2422(b).
Count 3: Sexual exploitation of a child, in violation of 18 U.S.C. 2251(a).
Count 4: Coercion or enticement of a minor, in violation of 18 U.S.C. § 2422(b).
Count 5: Attempted possession of child pornography, in violation of Title 18 U.S.C. § 2252(a)(4)(B).

Date: November 29, 2016

CLERK OF COURT, Laura A. Briggs

BY: _____
*Deputy Clerk*

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 12/8/16, and the person was arrested on *(date)* 12/8/16
at *(city and state)* Indianapolis, IN

Date: 12/8/16

_____
*Arresting officer's signature*

Dan Parrella DUSM
*Printed name and title*